Argued and submitted June 5, affirmed as modified July 15, 1987

In the Matter of the Marriage of

# NISHIMURA,
*Appellant,*
and

# NISHIMURA,
*Respondent.*

(15-85-10671; CA A41769)

738 P2d 1018

William W. Bromley, Eugene, argued the cause for appellant. With him on the brief was Henderson & Associates, Eugene.

Richard C. Owens, Eugene, argued the cause for respondent. With him on the brief was Jensen & Owens, Eugene.

Before Buttler, Presiding Judge, and Joseph, Chief Judge, and Warren, Judge.

PER CURIAM

## PER CURIAM

In this dissolution case, mother was awarded custody of the parties' two minor children. She appeals from the provisions of the judgment setting child support at $150 per month per child for two years and $200 per month per child thereafter. On *de novo* review, we affirm those provisions.

She also appeals the trial court's award to father of the tax dependency exemptions for the two children. We adhere to our decisions in *Gleason v. Michlitsch,* 82 Or App 688, 728 P2d 965 (1986), and *Vinson and Vinson,* 83 Or App 487, 732 P2d 79 (1987), where we stated that trial courts have no authority under present law to award a dependency exemption to a noncustodial parent.

Judgment modified to delete award of dependency exemption to father; affirmed as modified. Costs to mother.